IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02369–PAB–KMT

LARRY SIPES,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Defendant's "Motion for Leave to File Amended Answer and Counterclaim" (Doc. No. 8, filed November 30, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file the "First Amended Answer, Counterclaim and Jury Demand" (Doc. No. 8-1).

Dated: December 2, 2011