**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-02369-PAB-KMT          FTR - Courtroom C-201

**Date:** March 28, 2013                                    Deputy Clerk, Nick Richards


LARRY SIPES,                                              Bruce Jeffrey Kaye

                    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois      Kurt Hans Henkel
corporation,

                    Defendants.

---

### COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**
**Court in session: 3:24 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Joint Motion to Amend Final Pretrial Order [Doc. No. 66, filed March 15, 2013], Plaintiff's Motion to Compel Production of Documents [Doc. No. 69, filed March 22, 2013], Defendant's Motion for Leave to Reopen Discovery [Doc. No. 72, filed March 25, 2013], Defendant's Motion for Leave to Endorse an Expert Witness [Doc. No. 74, filed March 25, 2013], Plaintiff's Motion to Exclude All Defense Experts on Fire Cause and Origin [Doc. No. 76, filed March 25, 2013], and Unopposed Motion for Leave to File Sur Response to Plaintiff's Reply in Support of Plaintiff's Second Motion to Exclude All Defense Experts on Fire Cause and Origin [Doc. No. 88, filed March 27, 2013].

It is **ORDERED**:          Joint Motion to Amend Final Pretrial Order [66] and Motion for Leave to File Sur Response [88] are **GRANTED** as stated on the record.

It is **ORDERED**:          Plaintiff's Motion to Exclude [76] is **WITHDRAWN** without prejudice as stated on the record.

Oral argument by Defendant's counsel.

It is **ORDERED**:          Plaintiff's Motion to Compel [69] is **GRANTED** as stated on the

record. Defendant shall provide a privilege log detailing the documents withheld to Plaintiff on or before April 19, 2013. Defendant does NOT have to produce documents from the claims file pertaining to attorney-client privilege or work-product containing the mental impressions of Defendant's attorney.

Defendant makes oral motion to Stay the Court's Ruling regarding production of the claims file pursuant to D.C.COLO.LCivR 30.2(B).

It is **ORDERED**:      Defendant's Oral Motion to Stay is **DENIED** as stated on the record.

Oral argument by Plaintiff's counsel.

It is **ORDERED**:      Defendant's Motion for Leave to Reopen Discovery [72] is **GRANTED**. Discovery is reopened to allow the deposition of Mr. John Lentini. Mr. Lentini will NOT be deposed until after the deposition of the claim adjuster, Ms. Lori Kidwell, has been held.

Discovery Cut-off is extended to May 31, 2013 to allow for the depositions of Mr. Lentini and Ms. Kidwell and to complete the discovery discussed during this hearing. The deposition of Ms. Kidwell will be conducted on or before May 3, 2013. Supplemental expert reports regarding claims handling shall be submitted on or before May 17, 2013.

It is **ORDERED**:      Defendant's Motion for Leave to Endorse an Expert [74] is **GRANTED**. Mr. Robert Toth shall be endorsed as an expert.

Discussion regarding Defendant's desire to file a renewed Motion for Summary Judgment.


**Court in Recess: 4:33 p.m.**
Hearing concluded.
Total In-Court Time    01:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.