IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02369-PAB-KMT

LARRY SIPES,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendant.
_____

**ORDER REGARDING THE PARTIES' OBJECTIONS TO
DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the court on defendant's Objections to Plaintiff's Initial Designations of Deposition Testimony of Lori Kidwell [Docket No. 190] and plaintiff's Objections to Defendant's Counter Designation of Deposition Testimony of Lori Kidwell [Docket No. 192].

The Court rules as follows on defendant's objections [Docket No. 190]:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 29:21-30:11 | Form; vague | Overruled. |
| 2 | 44:9-45:4 | Form; misleading; mischaracterizes applicable standards regarding Allstate's purported duty to "establish" that the fire was incendiary | Overruled. |
| 3 | 45:16-47:16 | Refers to an exhibit that is not on plaintiff's Exhibit List; lack of relevance | Overruled. |

| Item # | Testimony | Objection | Ruling |
| --- | --- | --- | --- |
| 4 | 56:1-9 | Form; calls for speculation | Overruled. |
| 5 | 56:22-57:4 | Form; calls for legal conclusion; vague | Overruled. |
| 6 | 57:9-17 | Form; assumes facts not in evidence; lack of foundation; lack of relevance | Overruled. Fed. R. Civ. P. 32(d)(3)(B)(ii). |
| 7 | 63:9-64:7 | Lack of foundation; lack of relevance; hearsay; improper impeachment | Overruled. As to 63:9-64:3, Fed. R. Civ. P. 32(d)(3)(B)(ii). As to 63:9-64:7 (and 64:9), the witness has foundation and the questions are relevant. |
| 8 | 66:14-20 | Form; mischaracterizes the evidence | Overruled. |
| 9 | 70:14-22 | Form; misleading; mischaracterizes applicable standards regarding Allstate's purported duty to "establish" that the fire was incendiary or caused by plaintiff | Overruled. |
| 10 | 71:16-72:1 | Form; calls for speculation; asked and answered | Objection is moot. Plaintiff has withdrawn the designation for 71:6-71:2. |
| 11 | 74:19-24 | No answer designated; question rephrased and withdrawn; vague | Objection is moot. Plaintiff has withdrawn the designation of this testimony. |
| 12 | 75:20-78-20 | Lack of foundation; assumes facts not in evidence as to Allstate's purported standards, mischaracterizes prior transcript | Overruled. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 13 | 85:8-10 | No question designated; vague | Overruled. |
| 14 | 86:23-87:17 | Form; vague | Overruled. |
| 15 | 88:12-20 | Form; vague | Overruled. |
| 16 | 89:17-25 | Asked; answered | Overruled. |
| 17 | 101:9-18 | Asked; answered | Overruled. |
| 18 | 105:14-22 | Inadmissible based on court order (polygraph evidence) | Sustained. |
| 19 | 115:15-24 | Question withdrawn; vague | Moot. Plaintiff withdraws the designation. |
| 20 | 117:5-9 | Form; vague; lack of relevance | Moot. Plaintiff withdraws the designation of 117:5-11. |
| 21 | 117:15-118:22 | Lack of foundation; calls for speculation; F.R.E. 403 | Overruled as to 117:15-22. Sustained as to 117:23-118:22; lack of foundation; speculation. |
| 22 | 118:23-120:13 | Lack of relevance; F.R.E. 403 | Sustained. |
| 23 | 122:24-123:9 | Lack of relevance; F.R.E. 403 and 408 | Sustained. |

The Court rules as follows on plaintiff's objections [Docket No. 192]:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 121:18-20 | Leading; F.R.E. 611(c) | Overruled. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 2 | 121:24-122:2 | Leading, F.R.E. 611(c); opinion testimony that is not helpful, the jury can readily draw the necessary inferences and conclusions as to the reasonableness of Allstate's conduct without Ms. Kidwell's personal opinion, F.R.E. 701; the opinion is misleading as it is a self-serving statement by Ms. Kidwell concerning her conduct, F.R.E. 403 | Overruled. |

DATED October 30, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge