IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02369-PAB-KMT

LARRY SIPES,

      Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

      Defendant.
_____

**ORDER REGARDING DEFENDANT'S OBJECTIONS TO
DESIGNATION OF DEPOSITION TESTIMONY OF STEPHANIE LITTLETON**
_____

      This matter comes before the Court on defendant's Amended Objections to

Plaintiff's Initial Designation of Deposition Testimony of Stephanie Littleton [Docket No.

164].

      The Court rules as follows:

| Item # | Testimony | Objection | Ruling |
|--------|-----------|-----------|--------|
| 1 | 26:6-23 | No foundation | Overruled. |
| 2 | 27:7-10 | No foundation | Overruled. |
| 3 | 27:13-17 | No foundation | Overruled. |
| 4 | 30:1-4 | No foundation | Overruled. |
| 5 | 30:25-31:3 | No foundation | Overruled. |
| 6 | 31:12-15 | No foundation | Overruled. |
| 7 | 34:13-15 | No foundation | Sustained on grounds the question was later rephrased. |
| 8 | 35:3-11 | No foundation | Overruled. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 9 | 42:18-21 | No foundation | Moot.  Designation withdrawn. |
| 10 | 44:4-8 | No foundation | Overruled. |
| 11 | 44:12-17 | No foundation | Overruled. |
| 12 | 68:22-25 | No foundation | Overruled. |
| 13 | 70:19-22 | No foundation | Overruled. |
| 14 | 74:24-75:2 | No foundation | Overruled. |
| 15 | 76:2-5 | No foundation | Overruled. |
| 16 | 78:5-11 | No foundation | Overruled. |
| 17 | 78:21-24 | No foundation | Overruled. |
| 18 | 83:16-22 | No foundation | Sustained. |
| 19 | 84:16-22 | Relevance; Court granted defendant's Motion in Limine (Docket No. 138) | Sustained. |
| 20 | 87:8-11 | Relevance; Court granted defendant's Motion in Limine (Docket No. 138) | Sustained. |
| 21 | 87:20-22 | Relevance; Court granted defendant's Motion in Limine (Docket No. 138) | Sustained. |
| 22 | 88:2-24 | Relevance; Court granted defendant's Motion in Limine (Docket No. 138) | Sustained. |
| 23 | 89:1-23 | Relevance; Court granted defendant's Motion in Limine (Docket No. 138) | Sustained. |

| Item # | Testimony | Objection | Ruling |
|--------|-----------|-----------|--------|
| 24 | 90:6-91:11 | Relevance; Court granted defendant's Motion in Limine (Docket No. 138) | Sustained. |
| 25 | 92:19-22 | No foundation | Sustained. |
| 26 | 93:1-2 | No foundation | Sustained. |

DATED October 31, 2013.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge