**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02369-PAB-KMT

LARRY SIPES,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), Final Judgment is entered as follows:

This action was tried before a jury of nine duly sworn to try the issues herein, with U.S. District Judge Philip A. Brimmer presiding, and the jury has rendered a verdict. It is

**ORDERED** that plaintiff LARRY SIPES shall recover nothing, this action is dismissed, and judgment is entered in favor of defendant ALLSTATE INDEMNITY COMPANY and against plaintiff LARRY SIPES. It is further

**ORDERED** that defendant ALLSTATE INDEMNITY COMPANY is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk